```
DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
KATHERINE KAISER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:11-CR-0316 EFB |
| Plaintiff, | |
| v. | **DEFENDANT'S REQUEST TO WAIVE APPEARANCE AT SENTENCING; ORDER** |
| KATHERINE KAISER, | |
| Defendant. | (No hearing requested) |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Ms. Kaiser asks to waive her appearance at sentencing (scheduled for October 29, 2012, at 10:00 a.m.). A copy of her signed waiver has been separately filed today. Counsel for the government reviewed the waiver and requested one minor change, which was made before Ms. Kaiser signed. Defense counsel asks the Court to approve Ms. Kaiser's waiver in advance of the sentencing hearing so the parties may prepare to close the case on the 29th.

Rule 43(b)(2) provides that, when an "offense is punishable by fine or imprisonment for not more than one year, or both," the court may "permit[] arraignment, plea, trial, and sentencing to occur in the

1 defendant's absence," provided that defendant consents in writing.  On
2 April 23, 2012, Ms. Kaiser pled guilty to misdemeanor theft of government
3 property based on her receipt of Social Security benefits to which she
4 was not entitled.

5      The Federal Defender opened its file on Ms. Kaiser in May 2011 upon
6 referral from the U.S. Attorney's Office.  Undersigned counsel has been
7 in continuous contact with Ms. Kaiser since that time.  The probation
8 officer interviewed her by telephone before preparing the presentence
9 report.  Defense counsel has fully advised Ms. Kaiser about what may
10 happen at the hearing on judgment and sentence.  Counsel for the
11 government has advised defense counsel that he will ask the Court to
12 follow the recommendation of the probation officer that Ms. Kaiser be
13 sentenced to probation.  Ms. Kaiser lives in Colorado.  She asks to waive
14 her appearance because her health (detailed in the presentence report)
15 makes air travel very difficult; she would also prefer to put her limited
16 income and savings towards the restitution she owes.  Defense counsel
17 concurs in her request.

18      A proposed order is attached for the Court's convenience.

                                         Respectfully submitted,

                                         DANIEL J. BRODERICK
                                         Federal Defender


Dated:  October 18, 2012                 /s/ T. Zindel
                                         TIMOTHY ZINDEL
                                         Assistant Federal Defender
                                         Attorney for KATHERINE KAISER

**O R D E R**

The Court approves defendant's request to waive her appearance at sentencing. Pursuant to Rule 43(b)(2), the Court will permit sentencing to occur in the defendant's absence.

IT IS SO ORDERED.

Dated: October 22, 2012

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE